UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTO LUNA, ) | Case No.: C 10-01731 PVT |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| PABLO HERNANDEZ RUELAS, ET ) | |
| AL. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On October 19, 2010, the parties appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to December 14, 2010 at 2:00 p.m.

Dated:   October 28, 2010

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*