UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERTO LUNA, | ) | Case No.: C 10-01731 PSG |
| Plaintiff, | ) | |
| v. | ) | **ORDER SHORTENING TIME ON MOTION TO WITHDRAW AS COUNSEL** |
| PABLO HERNANDEZ RUELAS, et al., | ) | **[DOCKET NO. 14]** |
| Defendants. | ) | |
| _____ | ) | |

A case management conference was scheduled to be held on December 14, 2010. On that same day, counsel for plaintiff, Adam Wang, moved to continue the case management conference because he was on trial in another court in this district and he had concurrently filed a motion to withdraw as counsel. *See* Plaintiff's Motion to Continue Case Management Conference and Order Thereon filed on December 14, 2010 (Docket No. 13); and Notice of Motion to Withdraw as Plaintiff's Attorney filed on December 14, 2010 (Docket no. 14).

As early as September 21, 2010, counsel for plaintiff, Adam Pedersen from the same firm, represented to the court that the firm may withdraw as counsel. *See* Plaintiff's Request to Continue the Case Management Conference and [Proposed] Order filed on September 21, 2010. ("In addition, Plaintiff's counsel is in the process of conferring with Plaintiff regarding his intentions in this matter and may seek withdrawal pending the outcome of these discussions.").

ORDER, *page 1*

1    On October 19, 2010, plaintiff's counsel, Mr. Pedersen, appeared for a case management
2 conference and again, represented to the court that counsel would file a motion to withdraw.
3    On December 14, 2010, counsel for plaintiff noticed a hearing for January 18, 2011 on the
4 above-specified motion to withdraw.
5    Having reviewed the papers and considered the arguments of counsel,
6    IT IS HEREBY ORDERED that the hearing on the motion to withdraw is advanced to
7 December 21, 2010 at 10AM.
8    IT IS SO ORDERED.
9 Dated:   December 15, 2010

           *(signature)*
           _____
           PAUL S. GREWAL
           United States Magistrate Judge