UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERTO LUNA, | ) | Case No.: C-10-01731 PSG |
| Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| PABLO HERNANDEZ RUELAS, ET AL., | ) | |
| Defendants. | ) | |

On January 11, 2011, Plaintiff Roberto Luna advised the court that the action would be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1).  He asked to file the dismissal on or before February 1, 2011.  If a dismissal of the action is not filed by that date, Plaintiff Luna shall appear on February 1, 2011 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

1 | Plaintiff's motion to withdraw as counsel is denied as moot.

2 | IT IS SO ORDERED.

3 |
4 | Dated:    January 11, 2011

*[signature: Paul S. Grewal]*

5 | _____
    PAUL S. GREWAL
6 | United States Magistrate Judge